UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIAMOND SHILO CRAFT,

      Petitioner,                            Case No. 02-81043
                                                HON. GEORGE CARAM STEEH

vs.

UNITED STATES OF AMERICA,

      Respondent.
_____/

ORDER DENYING MOTION TO SUPPLEMENT OR AMEND 28 U.S.C. § 2255 MOTION

On October 14, 2011, petitioner filed a successive motion to vacate, set aside or correct sentence without prior authorization from the Circuit Court of Appeals as required by 28 U.S.C. § 2244(b)(3)(A). This court transferred this matter to the Circuit Court of Appeals on October 24, 2011 pursuant to 28 U.S.C. § 1631 and In Re Sims, 111 F. 3d 45, 47 (6th Cir. 1997). Therefore, this court is without jurisdiction over this matter.

Accordingly,

Petitioner's motion to supplement or amend 28 U.S.C. § 2255 is DENIED.

SO ORDERED.

Dated: November 7, 2011

                                              S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 7, 2011, by electronic and/or ordinary mail and also to Diamond Craft, United Stated Penitentiary, P.O. Box 19001, Atwater, CA 95301.

S/Josephine Chaffee
Deputy Clerk